UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
PRO SE DOCKET UNIT
2017 JUN -9  PM 3:33

TERRENCE ZEIGLER

17CV 4395

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

**COMPLAINT**
(Prisoner)

N.Y.C. POLICE COMM. WILLIAM BRATTON;
75TH PCT. DETECTIVES CAUCASIAN JOHN DOE
#1;2;3;4; BROOKLYN A.D.A. CAUCASIAN JOHN
DOE; N.Y.S. D.O.C.S. COMM. ANTHONY J. ANNUCCI;ETAL;

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: **PAROLE VIOLATOR(BK V.O.P.)**

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

**TERRENCE**          **ZEIGLER**

First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

**#1411611482**

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

**ERIC M. TAYLOR CENTER(E.M.T.C.)**

Current Place of Detention

**10-10 HAZEN STREET**

Institutional Address

**EAST ELMHURST**      **N.Y.**      **11370**

County, City     State     Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: **PAROLE VIOLATOR(V.O.P.)**

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

| First Name | Last Name | Shield # |
|---|---|---|
| WILLIAM | BRATTON | |

Current Job Title (or other identifying information): NEW YORK CITY POLICE COMMISSIONER

Current Work Address: ONE POLICE PLAZA   POLICE HEADQUARTERS

| County, City | State | Zip Code |
|---|---|---|
| NEW YORK | N.Y. | 10003 8 |

**Defendant 2:**

| First Name | Last Name | Shield # |
|---|---|---|
| JOHN | DOE #1 | |

Current Job Title (or other identifying information): 75TH precinct detective

Current Work Address: 1000 SUTTER AVENUE

| County, City | State | Zip Code |
|---|---|---|
| BROOKLYN | N.Y. | 11208 |

**Defendant 3:**

| First Name | Last Name | Shield # |
|---|---|---|
| JOHN | DOE #2 | |

Current Job Title (or other identifying information): 75TH PRECINCT DETECTIVE CAUCASIAN

Current Work Address: !1000 SUTTER AVENUE

| County, City | State | Zip Code |
|---|---|---|
| BROOKLYN | N.Y. | 11208 |

**Defendant 4:**

| First Name | Last Name | Shield # |
|---|---|---|
| JOHN | DOE #3 | |

Current Job Title (or other identifying information): 75TH PRECINCT DETECTIVE CAUCASIAN

Current Work Address: 1000 SUTTER AVENUE

| County, City | State | Zip Code |
|---|---|---|
| BROOKLYN | N.Y. | xx2388x 11208 |

DEFENDANT 5:    JOHN        DOE #4
                75TH PRECINCT DETECTIVE CAUCASIASN
                1000 SUTTER AVENUE
                BROOKLYN, N.Y. 11208

DEFENDANT 6:    ANTHONY J. ANNUCCI
                NEW YORK STATE DEPT CORR. COMMISSIONER
                1220 WASHINGTON AVE, BLDG.#2
                ALBANY, N.Y. 12226

V.   STATEMENT OF CLAIM

Place(s) of occurrence:   232 CRYSTAL ST., APT#1R, BKLYN, N.Y. 11208, PLAINTIIFF'S APARTMENT.

Date(s) of occurrence:   DECEMBER 12, 2016 TO MAY 5, 2017

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON DECEMBER 12, 2016 AT APPROXIMATELY 11:50 P.M. WHILE PLAINTIFF WAS IN HIS APARTMENT WITH HIS MOTHER, THE PAROLE WARRANT SQUAD ENTERED HIS DWELLING TO MAKE AN ARREST, AND UNLAWFULLY WITHOUT AUTHORITY AND/OR SEARCH WARRANT IN VIOLATION OF PLAINTIFF'S FOURTH AMENDMENT RIGHT SEARCHED SAID APARTMENT AND FOUNDF A FIREARM AND COCAINE, ALTHOUGH THEY WERE ONLY ON THE PREMISES TO MAKE AN ARREST. SIX MONTHSA LATER THEREAFTER AND PLAINTIFF BEING MALICIOUSLY PROSECUTED BY THE BROOKLYN A.D.A. DEFENDANT CAUCASIAN JOHN DOE THE CRIMINAL MATTER IN QUESTION WAS SUBSEQUENTLY DISMISSED ON MAY 5, 2017, rendering plaintiff'S IMPRISON MENT UNLAWFUL AND VIOLATES HIS EIGHTH AND FOURTEENTH AMENDMENTS RIGHTS WHEREAS THE ACTS ALEEGED IN THIS ACTION WAS DEL:IBERATE INDIFFERENT, CRUEL AND UNUSUAL PUNISHMENT AND HIS LIBERTY INTEREST IS DEPRIVED UNDER THE EQUAL PROTECTION CLAUSE IN THE FOURTEENTRH AMENMENT, QUOTING THE LANDMARK CASE "THE FRUIT FROM THE POISONOUS TREE" WHERE ANY UNLAWFUL SEARCH VIOLATES PLAINTIFF'S FOURTH AMENDMENT RIGHT FOR ILLEGAL SEARCH AND SEIZURE THE ESSENTILNESS OF PLAINTIFF'S CRIMINAL ACTION BEING DISMISSED. IT IS PLAINTIFF's INTEREST TO ALSO INFORM THIS COURT THAT HIS OWN MOTHER WAS ALSO THE SUBJECT OF THIS ABUSIVE UNLAWFUL AND UNWARRANTED ARREST THAT WAS SUBSEQUENTLY DISMIDSEB. IT IS A DEPRAVED INDIFFERENCE TO SERVE SIX MONTHS IN JAIL FOR A CRIME THAT UNLAWFULLY FOUNDED AS A MATTER OF LAW.

STATEMENT OF CLAIM PAGE (2)

THE DEFENDANTS POLICE COMMISSIONER, AND THE NEW YORK CITY STATE COMMISSIONER ANTHONY J. ANNUCCI, HAVE A SUPERVISORY OFFICIAL DUTY TO THEIR SUBORDINATES TO TRAIN HOW TO INVESTIGATE CRIMES THAT DO NOT RISE TO THE LEVEL OF RACIAL PROFILING AND ILLEGAL SEARCHES THAT VIOLATE ONES GAURANTEED CONSTTUTIONAL RIGHTS AND TO CREATE AND ADMINISTER RULES, REGULATIONS, AND POLICIES THAT REFRAIN FROM DISCRIMINATION AGAINST PEOPLE OF COLOR, AND ACT WITHIN THE GUIDELINES UNDER THE COLOR OF STATE LAW, WHERE SUCH VIOLATION WOULD ENABLE YOU LIABLE THEREOF, WHEREW THERE IS NO SHIEL TO PROTECT ONE UNDER THE ELEVENTH AMENDMENT FOR QUALIFIED IMMUNITY, BUT DISQUALIFICATION OF SAID STATURE. THE PLAINTIFF HAD TO SADLY ENDURE SIX(6) MONTHS OF HIS GAURANTEED LIBERTY IN THE ABSENCE OF HIS LOVED ONES INCLUDING HIS MOTHER, WHO WAS ALSO ILLEGALLY DETAINED AND IMPRISONED BY THE FOUR JOHN DOE DEFENDANTS, WHO HAD NO AUTHORITY TO SEARCH PLAINTIFF'S PREMISES WITHOUT A COURT ORDER DELIVERDE BY A JUSTICE OF THE BROOKLYN COUNTY SUPREME COURT. THESE DEFENDANTS CANNOT SHOW REASONABLE A ND LOGICAL CAUSE WHY THIS PLAINTIFF SHOULD NOT BE COMPENSATE FOR THWE LOSS OF LIBERTY AND UNLAWFUL C ONFINENMENT FOR SIX FULL MONTHS BEFORE DISMISSING SAID CHARGES. COMMISSIONER ANTHONY J. ANNUCCI ALSO HAS THE SOLE AUTHORITY AND DUTY TO INSTRUCT AND TRAIN PAROLE OFFICERS HOW TO CARRY OUT WARRANTS FOR PAROLEES THAT DO NOT QUESTION THEIR ACTIONS UNDER THE UNITED STATES CONSTITUTION. WHEREFORE IN LIGHT OF THE FOREGOING PLAINTIFF ASKSA AND PRAYS THAT THIS COURT DELIVERS IMPARETIAL JUSTICE IN THE INTEREST BOF JUSTICE, SO THERE IS NOT BE A MISCARRIAGE OF SAID JUSTIC ALL THE DEFENDANTS NAMED HEREIN ACTED IN CONC ERT IN THESE VIOLATIONS.

DATED:        MAY 27, 2017

respectfully submitted,
*Terrence Zeigler*
TERRENCE ZEIGLER, PLAINTIFF
PRO SE

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFF SUFFERS FROM AN ENORMOUS AMOUNT OF EMOTIONAL STRESS, AND MENTAL ANGUISH WITH THE LOSS OF HIS LIBERTY. PLAINTIFF ALSO SUFFERS FROM ANXIETY, MAJOR DEPRESSION AS THE EXACT RESULT OF THE UNLAWFUL IMPRISONMENT, INSOMNIA, LAW ENFORCEMENT PHOBIA, AUDITORY HALLUCINATIONS; ETC.

VI. RELIEF

State briefly what money damages or other relief you want the court to order.

PLAINTIFF SEEKS PAIN AND SUFFERING DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF $600,000.00 PLAINTIFF ALSO SEEKS EMOTIONAL STRESS AND MENTAL ANGUISH DAMAGES FROM EACH DEFENDAN IN THE SAME CAPACITY IN THE AMOUNT OF $600,000.00, plaintiff FINALLY SEEKS PUNITIVE DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF ONE MILLION DOLLARS FOR A SUBTOTAL OF DAMAGES IN THE AMOUNT OF SIX POINT SIX MILLION DOLLARS. PLAINTIFF ALSO SEEKS INJUNCTIVE RELIEF IN REQUESTIN G THAT THE COURT ORDER THE 75TH PRECINCT DETECTIVES AND THE NEW YORK STATE DIVISION OF PAROLE TO STOP

THE PRACTICE OF RACIAL PROFILING OF PEOPLE OF COLOR, AND TO MAKE AND PURSUE PROPER AND LEGAL CHANNELS DURING SEARCHES THAT DO NOT VIOLATE ONES FOURTH, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS, AND MAKE UNLAWFUL ARRESTS THAT CONSTIUTES MALICIOUS PROSECUTION, DELIBERATE INDIFFERENCE AND CRUEL AND UNUSUAL PUNISHMENT.

Case 1:17-cv-03811-KAM Document 2 Filed 06/09/17 Page 8 of 10 PageID #: 10

STATEMENT OF RELIEF PAGE (2)

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| MAY 27, 2017 | *Terrence Zeigler* |
|---|---|
| Dated | Plaintiff's Signature |
| TERRENCE, ZEIGLER | ZEIGLER |
| First Name    Middle Initial | Last Name |

| 10-10 HAZE ST, E.M.T.C. | | |
|---|---|---|
| Prison Address | | |
| EAST ELMHURST, | N.Y. | 11370 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:   may 30, 2017

MR. TERRENCE ZEIGLER #1411611482
10-10 HAZEN ST, E.M.T.C.
EAST ELMHURST, N.Y. 11370

"CONFIDENTIAL LEGAL MAIL"

RETURN RECEIPT REQUESTED

RECEIVED
SDNY DOCKET UNIT
2017 JUN -9 PM 3:34

U.S. POSTAGE PAID
EAST ELMHURST, NY
11369
JUN 07 17
AMOUNT
$8.34
R2305K135028-10

PRO SE INTAKE UNITROOM 200
UNITED STATES DSITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE-500 PEARL ST
NEW YORK, N.Y. 10007

USPS
SDNY

7016 3010 0000 7598

CERTIFIED MAIL