UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TERRENCE ZEIGLER,

                                        Plaintiff,

                  -against-

N.Y.C. POLICE COMM. WILLIAM BRATTON; 75TH
PCT. DETECTIVES CAUCASIAN JOHN DOE #1, 2, 3,
4; BROOKLYN A.D.A. CAUCASIAN JOHN DOE;
N.Y.C. D.O.C.S. COMM. ANTHONY J. ANNUCCI,
POLICE OFFICER MELCHOR ALBAN, Tax No. 939851,
LIEUTENANT KEVIN CAIN, Tax No. 936275, POLICE
OFFICER MICHAEL VITALE, Tax No. 954409,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

17-CV-3811 (KAM) (ST)

         **PLEASE TAKE NOTICE** that **Rruhija Matai-Sanchez**, Assistant Corporation

Counsel, should be listed as counsel of record on behalf of defendant Melchor Alban.  All future

notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
        March 23, 2018

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of
                                          New York
                                        Special Federal Litigation Division
                                        100 Church Street, Room 3-160
                                        New York, New York 10007
                                        (212) 356-2382


                                        By:  _____/s/_____
                                             Rruhija Matai-Sanchez
                                             *Assistant Corporation Counsel*

- 2 -

cc:    <u>BY FIRST-CLASS MAIL</u>
        Terrence Zeigler
        *Plaintiff* Pro Se
        105-34 86th Street, Apt. 2R
        Jamaica, New York 11418